## No. 7172.

THE STATE EX REL. J. E. MOXON VS. BOARD OF LIQUIDATION.

Bonds of the State, offered to the Board of Liquidation in exchange for consolidated bonds, and which were declared by the lower court to be legal and valid obligations of the State, and to have been issued in conformity to law, and not in violation of the Federal or State Constitution, and for a valid consideration, and to the funding of which no objection is made in this court, will be ordered to be funded.

APPEAL from the Fifth District Court of New Orleans. ROGERS, J.

*C. Hunt* for Relator. The Attorney-General for Respondent.

MARR, J., delivered the opinion, affirming the judgment.

---

## No. 7123.

H. M. CROOKS VS. CHAS. THORN. N. O. & RED RIVER TRANSPORTA-
TION CO.. INTERVENORS.

The earnings of a steamboat, under charter to a transportation company, cannot be seized and subjected to the payment of the owner's debts.

APPEAL from the Fourth District Court of New Orleans. HOUSTON, J.

*Forman* for Plaintiff. *Singleton & Browne, Hornor & Benedict* for Intervenors.

MARR, J., delivered the opinion, affirming the judgment.